UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 2:15-cr-142-FtM-38CM

HUBERT LEE SOLOMON

### ORDER

This matter comes before the Court on the Request for Leave to Dismiss Indictment (Doc. #32) filed on April 6, 2016. The Government moves the Court to dismiss the Indictment pending against Defendant Hubert Lee Solomon without prejudice. As grounds, Counsel indicates the defense motion to suppress evidence was granted. Pursuant to the request, the Court will grant the dismissal. Accordingly, it is now

**ORDERED:**

1) The Request for Leave to Dismiss Indictment (Doc. 32) is **GRANTED**.

2) The Indictment against Defendant Hubert Lee Solommon is **DISMISSED without prejudice**. (Doc. #1). As the Indictment is dismissed, Defendant must be immediately released from pretrial supervision.

3) The Clerk is **DIRECTED** to terminate any pending motions and hearings and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this April 8, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record